IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                                    18-CR-181-A

JOSEPH PACHETTI,

                Defendant.

---

## INFORMATION
(Transportation of Obscene Matter)

### COUNT 1

**The United States Attorney Charges That:**

In or between November 1, 2016 and November 15, 2016, in the Western District of New York, the defendant, JOSEPH PACHETTI, knowingly used an interactive computer service for carriage in interstate commerce of obscene matter, that is, images of minors engaged in sexually explicit conduct.

**All in violation of Title 18, United States Code, Section 1462.**

**The United States Attorney Alleges That:**

Upon conviction of the offense alleged in Count 1 of this Information, the defendant shall forfeit to the United States any matter which contains any such visual depiction of child pornography, which was produced, transported, mailed, shipped, or received and/or any and all property, real and personal, used or intended to be used to commit or to promote the commission of such offense, and all property traceable to such property, including but not limited to the following:

    a.    One (1) Hewlett Packard EliteBook laptop computer, model: 5840w, serial no. CND0501V3W;

    b.    One (1) ASUS SonicMaster laptop computer, model: X5500, serial no. FAN0CV379538428, containing one (1) Toshiba 1TB SATA hard drive, model: MQ01ABD100, serial no. 956KW71GT; and

    c.    One (1) Seagate 500GB external hard drive, model: ST95005620AS, serial no. 5YX0VPMG.

**All pursuant to Title 18, United States Code, Section 1476.**

DATED: Buffalo, New York, October 3, 2018

                          JAMES P. KENNEDY, JR.
                          United States Attorney

BY: *[signature]*
STEPHANIE LAMARQUE
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716-843-5894
Stephanie.Lamarque@usdoj.gov

2