UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

      v.

JOSEPH PACHETTI,

          Defendant.
_____

**18-CR-181-RJA**

**NOTICE OF MOTION**

| | |
|---|---|
| **MOTION BY:** | Jeffrey T. Bagley, Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable Richard J. Arcara, Senior United States District Court Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on a date and a time to be set by the Court.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Jeffrey T. Bagley, dated June 7, 2019. |
| **RELIEF REQUESTED:** | Sealing of Sentencing Memorandum and Exhibits A-J. |
| **DATED:** | Buffalo, New York, June 7, 2019. |

Respectfully submitted,

**/s/  Jeffrey T. Bagley**
Jeffrey T. Bagley
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
jeffrey_bagley@fd.org
Counsel for Defendant Joseph Pachetti

**TO:** Stephanie Lamarque
Assistant United States Attorney

Natalie B. Harrington
United States Probation Officer

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 18-CR-181-RJA |
| v. | |
| | **AFFIRMATION** |
| JOSEPH PACHETTI, | |
| Defendant. | |

_____

**JEFFREY T. BAGLEY,** affirms under penalty of perjury that:

1.	I am an Assistant Federal Public Defender for the Western District of New York and was assigned to represent the above-named defendant, Joseph Pachetti.

2.	There is confidential information contained in the defendant's Sentencing Memorandum and Exhibits A-J, and therefore, the defense is requesting that it be filed under seal.

**WHEREFORE**, it is respectfully requested that the defendant's Sentencing Memorandum and Exhibits A-J be filed under seal.

**DATED**:		Buffalo, New York, June 7, 2019.

		Respectfully submitted,

		**/s/  Jeffrey T. Bagley**
		Jeffrey T. Bagley
		Assistant Federal Public Defender
		Federal Public Defender's Office
		300 Pearl Street, Suite 200
		Buffalo, New York 14202
		(716) 551-3341, (716) 551-3346 (Fax)
		jeffrey_bagley@fd.org
		Counsel for Defendant Joseph Pachetti

**TO:**	Stephanie Lamarque
	Assistant United States Attorney

	Natalie B. Harrington
	United States Probation Office